PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Sahad Smith                                   Cr.: 13-00186-001
                                                                PACTS #: 65504

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/21/2013

Original Offense: 21:846; Conspiracy to distribute or possess with intent to distribute 28 grams or more of crack cocaine

Original Sentence: 70 months imprisonment, 60 months supervised release

Special Conditions: Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant shall not commit another federal, state, or local crime during the term of supervision. |
|  | On January 4, 2018, Mr. Smith was arrested by Bloomfield Police and charged with Simple Assault. Specifically, Mr. Smith attempted to gauge his girlfriend's eye out and left bite marks on her thumb. Ms. Lopez (offender's girlfriend) has dismissed the restraining order on January 26, 2018 and the simple assault charge is pending court on February 8, 2018 at Essex County Superior Court. |

U.S. Probation Officer Action:
At this time we request that the Court consider taking no action. This will enable us to monitor the status of the case in order to make the appropriate recommendation to the Court upon disposition of the charges.

Respectfully submitted,

*Julie Chowdhury*

By: Julie Chowdhury
U.S. Probation Officer
Date: 02/05/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

Date